Hires Bottling Company of Chicago, an Illinois Corporation, Plaintiff-Appellee, v. Consolidated Foods Corporation etc., et al, Defendants below.
On Appeal of Consolidated Foods Corporation, a Maryland Corporation.

**Gen. No. 48,472.**

First District, First Division.

July 5, 1961.

Arvey, Hodes & Mantynband, of Chicago (Louis M. Mantynband, J. Herzl Segal and Richard J. Troy, of counsel), for appellant; Jacob Shamberg, Jay Erens and Abraham Drucker, of Chicago, for appellee. Opinion by MR. JUSTICE KILEY. **Not to be published in full.**